# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEVEN SHANE ANDREWS,<br><br>Petitioner,<br><br>v.<br><br>JOE LIZARRAGA,<br><br>Respondent. | Case No. CV 17-02579-JLS (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Final Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: 02/08/2020

JOSEPHINE L. STATON
United States District Judge